# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT BRENZENGER,** Plaintiff, | : : : | CIVIL ACTION |
| vs. | : : | NO. 16-4227 |
| **THERESA DELBALSO, et al.,** Defendants. | : : : | FILED FEB 14 2018 |

## ORDER

AND NOW, this 14th day of February, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1) and the response thereto (Doc. No. 9), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 10), **IT IS ORDERED** that:

1. The Report & Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.